**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**SEAN DEROEST, ESQ.**
Nevada Bar No. 16224
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendant*
*Jose Antonio Aponte Aguilera*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**UNITED STATES**

**DISTRICT COURT OF NEVADA**

*****

| | |
|---|---|
| AMILYA QUASSANI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JOSE ANTONIO APONTE AGUILERA, an individual; APONTES TRANSPORT, LLC, a foreign corporation; DOE Employees 1-10; DOE Individuals 11-20; and ROE Corporations 21-30,<br><br>Defendants. | Case No.: 2:25-cv-02049-RFB-DJA<br><br>**STIPULATION AND ORDER REGARDING THE DEPOSITION OF THE FRCP 30(b)(6) DESIGNEE FOR APONTES TRANSPORT, LLC** |

Plaintiff Amilya Quassani ("Plaintiff") and Defendants Jose Antonio Aponte Aguilera and Apontes Transport, LLC (collectively "Defendants"), by and through their respective counsel of

///

///

///

///

///

///

///

///

///

///

record, hereby stipulate and agree that the deposition of the FRCP 30(b)(6) designee for Apontes Transport, LLC, will take place on August 13, 2026 at 8:00 a.m. (PST).

IT IS SO STIPULATED.

DATED: August 7, 2026

**BARRON & PRUITT, LLP**

By: _*Sean DeRoest*
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
SEAN DEROEST, ESQ.
Nevada Bar No. 16224
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendants*

DATED: August 7, 2026

**COGBURN DAVIDSON**

By: _*Hunter S. Davidson*
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
HUNTER S. DAVIDSON, ESQ.
Nevada Bar No. 14860
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 8/10/2026

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950